# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: James Smith v. GreatBanc Trust Company, et al.   Case Number: 1:20-cv-02350

An appearance is hereby filed by the undersigned as attorney for:
James Smith, Plaintiff

Attorney name (type or print): Paul J Lukas

Firm: Nichols Kaster, PLLP

Street address: 4600 IDS Center, 80 South Eighth St.

City/State/Zip: Minneapolis, MN 55402

Bar ID Number: MN Bar No. 22084X   Telephone Number: (612) 256-3200
(See item 3 in instructions)

Email Address: lukas@nka.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 21, 2020

Attorney signature: S/ Paul J Lukas
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015