# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

JAMES SMITH

                                       Plaintiff,

v.                                                   Case No.: 1:20–cv–02350

                                                           Honorable Ronald A. Guzman

GREATBANC TRUST COMPANY, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 28, 2020:

        **MINUTE** entry before the Honorable Ronald A. Guzman: In lieu of an initial status hearing, the Court directs the parties to, within 45 days of the filing of the complaint or within 14 days of this order if the 45−day time period has already elapsed, confer to discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case. The parties shall also discuss deadlines for Rule 26(a)(1) disclosures and a proposed discovery plan. A written initial status report and proposed discovery plan shall be filed within 7 days of conferring as provided herein. Plaintiff is responsible for initiating such a meeting, and all lead counsel for all parties are required to participate. Failure or refusal to participate in such a meeting or to cooperate in the preparation of the written report may constitute a basis for sanctions. The Court will thereafter issue an order setting a discovery schedule. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.