## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

James Smith, on behalf of himself and all others similarly situated, and on behalf of the Triad Manufacturing, Inc. Employee Stock Ownership Plan

Plaintiff

vs.   Case No.: 1:20-cv-02350

GreatBanc Trust Company, et al.

Defendant(s)

### AFFIDAVIT OF SERVICE

I, Rufus R. Harmon, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Class Action Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 04/22/2020 at 8:45 AM, I served The Board of Directors of Triad Manufacturing, Inc. c/o Registered Agent Solutions, Inc., Registered Agent at 3225 - A Emerald Lane, Jefferson City, Missouri 65109 with the Summons and Class Action Complaint by serving Shelby Braun, Agent, authorized to accept service on behalf of Registered Agent Solutions, Inc.

Shelby Braun is described herein as:

Gender: Female   Race/Skin: White   Age: 28   Weight: 110   Height: 5'4"   Hair: Blonde   Glasses: No

I declare under penalty of perjury that this information is true and correct.

4-23-20
Executed On

Rufus R. Harmon
Rufus R. Harmon

Client Ref Number: 14050-001
Job #: 1577218

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

James Smith, on behalf of himself and all others similarly situated, and on behalf of the Triad Manufacturing, Inc. Employee Stock Ownership Plan,

V.

GreatBanc Trust Company; the Board of Directors of Triad Manufacturing, Inc.; David Caito; Robert Hardie; and Michael McCormick;

CASE NUMBER: 1:20-cv-02350

ASSIGNED JUDGE: Honorable Ronald A. Guzman

DESIGNATED MAGISTRATE JUDGE: Honorable Young B. Kim

TO: (Name and address of Defendant)

The Board of Directors of Triad Manufacturing, Inc.
c/o REGISTERED AGENT SOLUTIONS, INC.
3225 - A Emerald Lane
Jefferson City, MO 65109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carol V. Gilden
Cohen Milstein Sellers & Toll PLLC;
190 S. LaSalle St., Suite 1705,
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



April 17, 2020

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 4-22-20 |
| NAME OF SERVER *(PRINT)* Rufus R. Harmon | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 3225-A Emerald Lane Jefferson City, Mo. 65109

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-22-20
Date

Signature of Server: Rufus R. Harmon

Address of Server: P.O. Box 1794 Jefferson City, Mo. 65102

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.