## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

JAMES SMITH

                        Plaintiff,

v.                                         Case No.: 1:20–cv–02350

                                                  Honorable Ronald A. Guzman

GREATBANC TRUST COMPANY, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 11, 2020:

      MINUTE entry before the Honorable Ronald A. Guzman: Defendants' unopposed motion for extension of time to file a respond to the complaint from May 13, 2020 to June 1, 2020 [23] is granted. Mailed notice (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.