# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES SMITH, on behalf of himself and all others similarly situated, and on behalf of the TRIAD MANUFACTURING, INC. EMPLOYEE STOCK OWNERSHIP PLAN, | ) ) ) ) ) | NO.: 1:20-CV-02350 |
| | ) | JUDGE: GUZMAN |
| Plaintiffs, | ) ) | |
| vs. | ) ) | MAG. JUDGE: KIM |
| GREATBANC TRUST COMPANY; THE BOARD OF DIRECTORS OF TRIAD MANUFACTURING, INC.; DAVID CAITO; ROBERT HARDIE; and MICHAEL McCORMICK, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## TRIAD DEFENDANTS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that pursuant to 9 U.S.C. § 16, the Board of Directors of Triad Manufacturing, Inc., David Caito, Robert Hardie, and Michael McCormick (the "Triad Defendants") hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order Denying the Triad Defendants' Motion to Compel Arbitration and/or Dismiss entered by the Honorable Judge Ronald A. Guzman on August 21, 2020, Docket No. 51.

Dated: September 3, 2020

Respectfully Submitted,

/s/ Matthew D. Grabell – 6312929
Matthew D. Grabell (6312929)
Tiffany D. Downs (*pro hac vice*)
FORD & HARRISON, LLP
271 – 17th Street, NW, Suite 1900
Atlanta, GA 30363
mgrabell@fordharrison.com
Telephone: (404) 888-3820

Benjamin P. Fryer
FORD & HARRISON, LLP
(*admitted pro hac vice*)
NC Bar No. 39254
6000 Fairview Road, Suite 1200
Charlotte, NC 28210
bfryer@fordharrison.com
Telephone: (980) 282-1900
Facsimile: (980) 282-1949

John O'Connor (6205383)
(7th Circuit Counsel of Record)
FORD & HARRISON, LLP
180 North Stetson Ave., Suite 1660
Chicago, IL 60601
joconnor@fordharrison.com
Telephone: (312) 960-6117

Attorneys for Board of Directors of Triad Manufacturing, Inc., David Caito, Robert Hardie, and Michael McCormick

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date, September 3, 2020, he served a copy of the foregoing ***Triad Defendants' Notice of Appeal*** on all parties via operation of the Court's CM/ECF electronic filing system and to all parties unable to receive electronic service, at the address set forth below.

/s/ Matthew D. Grabell – 6312929
Matthew D. Grabell (6312929)
Tiffany D. Downs (*pro hac vice*)
FORD & HARRISON, LLP
271 – 17th Street, NW, Suite 1900
Atlanta, GA 30363
mgrabell@fordharrison.com
Telephone: (404) 888-3820
Benjamin P. Fryer
FORD & HARRISON LLP
(*admitted pro hac vice*)
NC Bar No. 39254
6000 Fairview Road, Suite 1200
Charlotte, NC 28210
bfryer@fordharrison.com
Telephone: (980) 282-1900
Facsimile: (980) 282-1949
John O'Connor (6205383)
(7th Circuit Counsel of Record)
FORD & HARRISON, LLP
180 North Stetson Ave., Suite 1660
Chicago, IL 60601
joconnor@fordharrison.com
Telephone: (312) 960-6117

Attorneys for Board of Directors of Triad Manufacturing, Inc., David Caito, Robert Hardie, and Michael McCormick