**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

James Smith
                      Plaintiff,

v.                                                               Case No.: 1:20−cv−02350
                                                                 Honorable Ronald A. Guzman

Greatbanc Trust Company, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 21, 2021:

      MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's unopposed motion to lift the stay on litigation [67] is denied without prejudice. While the Court of Appeals has issued a decision, it has not yet issued the mandate. This Court will issue an appropriate scheduling order once it receives the mandate. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.