# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

October 4, 2021

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

| | |
|---|---|
| No. 20-2708 | JAMES SMITH, on behalf of himself and all others similarly situated, and on behalf of the Triad Manufacturing, Inc. Employee Stock Ownership Plan,<br>     Plaintiff - Appellee<br><br>v.<br><br>BOARD OF DIRECTORS OF TRIAD MANUFACTURING, INC., et al.,<br>     Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:20-cv-02350<br>Northern District of Illinois, Eastern Division<br>District Judge Ronald A. Guzman ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| AMOUNT OF BILL OF COSTS (do not include the $): | 150.00 |
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 10/04/2021 |
| RECORD ON APPEAL STATUS: | No record to be returned |

form name: **c7_Mandate**   (form ID: **135**)