**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES SMITH, on behalf of himself and all others similarly situated, and on behalf of the TRIAD MANUFACTURING, INC. EMPLOYEE STOCK OWNERSHIP PLAN, | ) ) ) ) ) | NO.: 1:20-CV-02350 |
| Plaintiffs, | ) ) | JUDGE: GUZMAN |
| vs. | ) ) ) | MAG. JUDGE: KIM |
| GREATBANC TRUST COMPANY; THE BOARD OF DIRECTORS OF TRIAD MANUFACTURING, INC.; DAVID CAITO; ROBERT HARDIE; and MICHAEL McCORMICK, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
JOINT STATUS REPORT REGARDING WRITTEN DISCOVERY ISSUES**

NOW COMES the Plaintiff JAMES SMITH ("Smith"), and the Defendants GREATBANC TRUST COMPANY ("GreatBanc"), the BOARD OF DIRECTORS OF TRIAD MANUFACTURING, INC., DAVID CAITO, ROBERT HARDIE, and MICHAEL McCORMICK (the "Triad Defendants") (hereinafter the Plaintiff and Defendants shall collectively be referred to as the "Parties"), by and through their respective undersigned counsels, and hereby jointly request this Honorable Court extend the deadline to file a Joint Status Report Regarding Written Discovery Issues currently set for December 30, 2021 (Dkt. No. 78) to January 7, 2021 for the reasons set forth herein. In support of this request, the Parties state as follows:

1. On October 12, 2021, this Honorable Court set forth a written discovery schedule which includes a deadline of December 30, 2021 for the Parties to file a "joint status report identifying each side's written discovery issues, along with relevant written discovery

responses as exhibits." (Dkt. No. 78).

2. To date, the Parties have exchanged written discovery requests and written responses.

3. Smith has produced documents responsive GreatBanc and the Triad Defendants' requests. GreatBanc and the Triad Defendants have made an initial production of documents responsive to Smith's discovery requests and are diligently reviewing documents for continuing production to Smith.

4. On December 17, 2021, the Parties conducted a telephone conference to discuss discovery status and potential issues regarding written discovery responses.

5. The Parties are continuing to discuss potential issues and to produce responsive documents and believe that an additional one week extension of the current deadline, from December 30, 2021 to January 7, 2021, would provide the Parties sufficient time following the holidays to confer further regarding the Parties' responses in order to determine, consider, and draft the Joint Status Report Regarding Written Discovery Issues.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an Order extending the deadline currently set for the Joint Status Report Regarding Written Discovery Issues from December 30, 2021 to January 7, 2021.

Dated: December 17, 2021                                   Respectfully Submitted.

**JAMES SMITH**                                             **GREATBANC TRUST COMPANY**

/s/ Mary J. Bortscheller                                   /s/ Kristen J. Kenley
COHEN MILSTEIN SELLERS & TOLL PLLC                         Mark A. Nebrig (*admitted pro hac vice*)
                                                           North Carolina Bar No. 28710
Michelle C. Yau (admitted *pro hac vice*)                  Kristen J. Kenley (*admitted pro hac vice*)
Mary J. Bortscheller, Illinois Bar: 6304457                North Carolina Bar No. 49310
Daniel R. Sutter (admitted *pro hac vice*)                 MOORE & VAN ALLEN PLLC
Laura E. Older (admitted *pro hac vice*)                   100 North Tryon Street, Suite 4700 Charlotte,
1100 New York Ave. NW ● Fifth Floor                        North Carolina 28205 Telephone: (704) 331-

Washington, DC 20005 (202) 408-4600
myau@cohenmilstein.com
mbortscheller@cohenmilstein.com
dsutter@cohenmilstein.com
lolder@cohenmilstein.com

Carol V. Gilden, Illinois Bar: 6185530
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370 / Fax: (312) 357-0369
cgilden@cohenmilstein.com

FEINBERG, JACKSON, WORTHMAN & WASOW, LLP
Nina Wasow (admitted *Pro Hac Vice*)
Dan Feinberg (admitted *Pro Hac Vice*)
2030 Addison Street ● Suite 500
Berkeley, CA 94704
Tel: (510) 269-7998
Fax: (510) 269-7994
nina@feinbergjackson.com
dan@feinbergjackson.com

3602
Facsimile: (704) 339-5974
marknebrig@mvalaw.com
kristenkenley@mvalaw.com

Adam J. Glazer (Bar No. 6199294) Norman T. Finkel (Bar No. 6183246) William R. Klein (Bar No. 6185715) SCHOENBERG, FNKEL, NEWMAN & ROSENBERG LLC

222 South Riverside Plaza, Suite 2100
Chicago, IL 60606
Telephone: (312) 648-2300
adam.glazer@sfnr.com
norm.finkel@sfnr.com
bill.klein@sfnr.com

**BOARD OF DIRECTORS OF TRIAD MANUFACTURING, INC., DAVID CAITO, ROBERT HARDIE, and MICHAEL McCORMICK**

/s/ Matthew D. Grabell (6312929)
FORDHARRISON, LLP
271 – 17th Street, NW, Suite 1900
Atlanta, GA 30363
mgrabell@fordharrison.com
Telephone:     (404) 888-3820
Benjamin P. Fryer
FORDHARRISON LLP
(admitted pro hac vice)
NC Bar No. 39254
6000 Fairview Road, Suite 1200
Charlotte, NC  28210
bfryer@fordharrison.com
Telephone:     (980) 282-1900
Facsimile:     (980) 282-1949

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date, December 17, 2021, she served a copy of the *Parties Joint Motion for Extension of Time to File Joint Status Report Regarding Written Discovery Issues* on all parties via operation of the Court's CM/ECF electronic filing system.

/s/  Laura E. Older