**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

James Smith
                    Plaintiff,

v.                                                            Case No.: 1:20−cv−02350
                                                                    Honorable Ronald A. Guzman

Greatbanc Trust Company, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, December 18, 2021:

      MINUTE entry before the Honorable Young B. Kim: Parties' joint motion for an extension of time [89] is granted. Parties now have until January 7, 2022, to file their court ordered status report, (R. [78].) Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.