## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

James Smith

                              Plaintiff,

v.                                                           Case No.: 1:20−cv−02350

                                                                                 Honorable Ronald A. Guzman

Greatbanc Trust Company, et al.

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 27, 2022:

      MINUTE entry before the Honorable Young B. Kim: Status hearing held. Defendants are ordered to complete their discovery productions by no later than February 18, 2022. Parties then have until March 11, 2022, to file motions to compel if discovery responses remain inadequate. If timely motions to compel are filed, responses are due by March 25, 2022. If the parties need to serve supplemental discovery requests, they are to file a motion for leave to serve them, explaining the need and why the supplemental set could not have been served by the deadline set for issuing written discovery requests. The proposed set of supplemental requests must be attached to the motion as an exhibit.Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.