**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES SMITH, on behalf of himself and all others similarly situated, and on behalf of the TRIAD MANUFACTURING, INC. EMPLOYEE STOCK OWNERSHIP PLAN, | ) ) ) ) ) | Civil Action No.: 1:20-cv-02350 |
| Plaintiff, | ) ) | JUDGE RONALD A. GUZMAN |
| v. | ) ) | MAGISTRATE JUDGE YOUNG B. KIM |
| GREATBANC TRUST COMPANY; THE BOARD OF DIRECTORS OF TRIAD MANUFACTURING, INC.; DAVID CAITO; ROBERT HARDIE; and MICHAEL McCORMICK, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## <u>STIPULATION TO AMEND COMPLAINT PURSUANT TO FRCP 15(A)(2)</u>

Plaintiff James Smith ("Plaintiff"), Defendant GreatBanc Trust Company ("GreatBanc"), and Defendants the Board of Directors of Triad Manufacturing, Inc., David Caito, Robert Hardie, and Michael McCormick ("Triad Defendants" and, with GreatBanc, "Defendants"), hereby submit this joint stipulation and request that the Court grant Plaintiff leave to file a First Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure:

1. On April 15, 2020, Plaintiff filed his Complaint (ECF No. 1).

2. On June 29, 2020, GreatBanc filed its Answer to Plaintiff's Complaint (ECF No. 45).

3. On October 18, 2021, Triad Defendants filed their Answer to Plaintiff's Complaint (ECF No. 79).

4. On October 12, 2021, this Court set February 28, 2022, as the deadline for amendment of the pleadings. (ECF No. 76).

5. On January 26, 2022, Plaintiff notified Defendants that he intended to file an amended complaint, requested Defendants' consent to file, and sent a draft of the amended complaint to Defendants.

6. Plaintiff subsequently sent Defendants an updated draft of the amended complaint on February 3, 2022.

7. On February 10, 2022, both GreatBanc and Triad Defendants consented to Plaintiff filing the amended complaint. Defendants' consent to the filing was given without waiver of any rights, arguments, or defenses (affirmative or otherwise), each of which is fully preserved without concession.

**NOW, THEREFORE,** the parties hereby stipulate and request, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, that the Court grant Plaintiff leave to file a First Amended Complaint in this action, a true and correct copy of which is attached as Exhibit A.

**IT IS SO STIPULATED.**

Dated: February 16, 2022

/s/ Mary J. Bortscheller
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Michelle C. Yau (admitted *pro hac vice*)
Mary J. Bortscheller, Illinois Bar: 6304457
Daniel R. Sutter (admitted *pro hac vice*)
Laura E. Older (admitted *pro hac vice*)
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
Tel: (202) 408-4600 / Fax: (202) 408-4699
myau@cohenmilstein.com
mbortscheller@cohenmilstein.com
dsutter@cohenmilstein.com
lolder@cohenmilstein.com

/s/ Kristen J. Kenley
**MOORE & VAN ALLEN PLLC**
Mark A. Nebrig (admitted *pro hac vice*)
Kristen J. Kenley (admitted *pro hac vice*)
100 North Tryon Street, Suite 4700
Charlotte, NC 28205
Tel: (704) 331-3602 / Fax: (704) 339-5974
marknebrig@mvalaw.com
kristenkenley@mvalaw.com

**SCHOENBERG, FNKEL, NEWMAN & ROSENBERG LLC**
Adam J. Glazer, Illinois Bar: 6199294
Norman T. Finkel, Illinois Bar: 6183246

Carol V. Gilden, Illinois Bar: 6185530
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370 / Fax: (312) 357-0369
cgilden@cohenmilstein.com

**FEINBERG, JACKSON, WORTHMAN &
WASOW, LLP**
Nina Wasow (admitted *pro hac vice*)
Dan Feinberg (admitted *pro hac vice*)
2030 Addison Street ● Suite 500
Berkeley, CA 94704
Tel: (510) 269-7998
Fax: (510) 269-7994
nina@feinbergjackson.com
dan@feinbergjackson.com

*Plaintiff James Smith*

William R. Klein, Illinois Bar: 6185715
222 South Riverside Plaza, Suite 2100
Chicago, IL 60606
Tel: (312) 648-2300
adam.glazer@sfnr.com
norm.finkel@sfnr.com
bill.klein@sfnr.com

*Defendant GreatBanc Trust Company*

*/s/ Benjamin P. Fryer*
**FORDHARRISON, LLP**
Matthew D. Grabell (admitted *pro hac vice*)
271 – 17th Street, NW, Suite 1900
Atlanta, GA 30363
Tel: (404) 888-3820
mgrabell@fordharrison.com

Benjamin P. Fryer (admitted *pro hac vice*)
6000 Fairview Road, Suite 1200
Charlotte, NC 28210
Tel: (980) 282-1900 / Fax: (980) 282-1949
bfryer@fordharrison.com

*Defendants Board of Directors of Triad
Manufacturing, Inc., David Caito, Robert Hardie,
and Michael McCormick*

## [PROPOSED] ORDER

Pursuant to the parties' stipulation and Rule 15(a)(2) of the Federal Rules of Civil Procedure, this Court grants Plaintiff leave to file his First Amended Complaint, attached hereto as Exhibit A.

IT IS SO ORDERED.

Dated: _____          _____

Hon. Ronald A. Guzman
United States District Court for the
Northern District of Illinois