## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

James Smith, et al.

                                  Plaintiff,

v.                                                                   Case No.: 1:20−cv−02350

                                                                              Honorable Ronald A. Guzman

Greatbanc Trust Company, et al.

                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 11, 2022:

      MINUTE entry before the Honorable Young B. Kim: Defendants' unopposed motion for leave to serve written discovery [107] is granted. Plaintiff Jerry Honse is ordered to respond to the proposed written discovery by April 1, 2022. Parties'; joint motion for extension of time [108] is granted. Parties now have until March 22, 2022, to file their motions to compel and until April 8, 2022, to file their responses thereto. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.