## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| James Smith and Jerry Honse, on behalf of themselves and all others similarly situated, and on behalf of the Triad Manufacturing, Inc. Employee Stock Ownership Plans, <br><br> Plaintiffs, <br> v. <br><br> GreatBanc Trust Company, the Board of Directors of Triad Manufacturing, Inc., David Caito, Robert Hardie, Michael McCormick, Elizabeth J. McCormick, Elizabeth J. McCormick Second Amended and Restated Revocable Living Trust, Michael K. McCormick Second Amended and Restated Revocable Living Trust, David M. Caito Revocable Trust, and First Amended and Restated Robert Hardie Revocable Trust, <br><br> Defendants. | Civil Action No.: 1:20-cv-02350 <br><br> JUDGE RONALD A. GUZMAN <br><br> MAGISTRATE JUDGE YOUNG B. KIM |

**JOINT STATUS REPORT REGARDING THE NEED FOR EXPERT DISCOVERY**

Plaintiffs James Smith and Jerry Honse ("Plaintiffs"), and Defendants David Caito, Robert Hardie, Michael McCormick, Elizabeth McCormick, the Elizabeth J. McCormick Second Amended and Restated Revocable Living Trust, the Michael K. McCormick Second Amended and Restated Revocable Living Trust, the David M. Caito Revocable Trust, the First Amended and Restated Robert Hardie Revocable Trust ("Triad Defendants"), and GreatBanc Trust Company (collectively with Triad Defendants, "Defendants"), jointly submit this Status Report pursuant to the Court's May 2, 2022 Order directing the Parties "to file a joint status report by September 16, 2022, advising the Court whether they require expert discovery." ECF No. 115.

I.  **Expert Discovery**

The Parties respectfully advise the Court that they do require expert discovery. The Parties jointly propose the schedule below for a motion for class certification and expert discovery.

| Event | Proposed Deadline |
|---|---|
| Motion for Class Certification | November 2, 2022 |
| Opposition to Class Certification | December 7, 2022 |
| Class Certification Reply | January 6, 2023 |
| Opening Expert Reports | February 15, 2023 |
| Rebuttal Reports | March 29, 2023 |
| Close of Expert Discovery | April 28, 2023 |

Dated:  September 15, 2022

*/s/ Mary J. Bortscheller*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Michelle C. Yau (admitted *pro hac vice*)
Mary J. Bortscheller, Illinois Bar: 6304457
Daniel R. Sutter (admitted *pro hac vice*)
Laura Older Rockmore (admitted *pro hac vice*)
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005 (202) 408-4600
myau@cohenmilstein.com
mbortscheller@cohenmilstein.com
dsutter@cohenmilstein.com
lorockmore@cohenmilstein.com

Carol V. Gilden, Illinois Bar: 6185530
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370 / Fax: (312) 357-0369
cgilden@cohenmilstein.com

**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
Nina Wasow (admitted *pro hac vice*)
Dan Feinberg (admitted *pro hac vice*)
2030 Addison Street ● Suite 500
Berkeley, CA 94704
Tel: (510) 269-7998

Respectfully submitted,

*/s/  Mark A. Nebrig*
**MOORE & VAN ALLEN PLLC**
Mark A. Nebrig (admitted *pro hac vice*)
Joseph Piligian (admitted *pro hac vice*)
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28205
Telephone: (704) 331-3602
Facsimile: (704) 339-5974
marknebrig@mvalaw.com
joepiligian@mvalaw.com

**SCHOENBERG, FINKEL, NEWMAN & ROSENBERG LLC**
Adam J. Glazer (Bar No. 6199294)
Norman T. Finkel (Bar No. 6183246)
William R. Klein (Bar No. 6185715)
222 South Riverside Plaza, Suite 2100
Chicago, IL 60606
Telephone: (312) 648-2300
adam.glazer@sfnr.com
norm.finkel@sfnr.com
bill.klein@sfnr.com

*Defendant GreatBanc Trust Company*

*/s/ Benjamin P. Fryer*
**FORDHARRISON, LLP**

Fax: (510) 269-7994
nina@feinbergjackson.com
dan@feinbergjackson.com

*Plaintiffs*

Matthew D. Grabell, Illinois Bar: 6312929
271 – 17th Street, NW, Suite 1900
Atlanta, GA 30363
mgrabell@fordharrison.com
Telephone: (404) 888-3820

Benjamin P. Fryer (admitted *pro hac vice*)
6000 Fairview Road, Suite 1200
Charlotte, NC 28210
bfryer@fordharrison.com
Telephone: (980) 282-1900
Facsimile: (980) 282-1949

*Triad Defendants*