**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| James Smith and Jerry Honse, on behalf of themselves and all others similarly situated, and on behalf of the Triad Manufacturing, Inc. Employee Stock Ownership Plans, | ) ) ) ) ) | Civil Action No.: 1:20-cv-02350 |
| | ) | |
| Plaintiffs, | ) | JUDGE RONALD A. GUZMAN |
| | ) | |
| v. | ) | MAGISTRATE JUDGE YOUNG B. KIM |
| | ) | |
| | ) | |
| GreatBanc Trust Company, the Board of Directors of Triad Manufacturing, Inc., David Caito, Robert Hardie, Michael McCormick, Elizabeth J. McCormick, Elizabeth J. McCormick Second Amended and Restated Revocable Living Trust, Michael K. McCormick Second Amended and Restated Revocable Living Trust, David M. Caito Revocable Trust, and First Amended and Restated Robert Hardie Revocable Trust, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT MOTION FOR EXTENSION OF
DEADLINES TO ALLOW FOR FURTHER SETTLEMENT NEGOTIATION**

NOW COME the Plaintiffs James Smith and Jerry Honse ("Plaintiffs"), Defendant GreatBanc Trust Company ("GreatBanc"), and Defendants David Caito, Robert Hardie, and Michael McCormick, Elizabeth McCormick, and the Elizabeth J. McCormick Second Amended and Restated Revocable Living Trust, the Michael K. McCormick Second Amended and Restated Revocable Living Trust, the David M. Caito Revocable Trust, and the First Amended and Restated Robert Hardie Revocable Trust (collectively, the "Triad Defendants"), by and through their

1

respective undersigned counsel, to hereby request this Honorable Court extend the current deadlines set by the Court on October 20, 2022 (Dkt. No. 125) to allow the Parties additional time to reach a compromise resolution of this matter following their mediation on December 8, 2022, and in support thereof, state as follows:

1. On October 20, 2022, the Court granted the Parties' motion to modify that case schedule to allow the Parties to participate in a mediation and conserve costs for any potential settlement. The Court's order set the following schedule (Dkt. No. 125):

| Event | Deadline |
|---|---|
| Mediation | December 8, 2022 |
| Motion for Class Certification | December 20, 2022 |
| Opposition to Class Certification | January 20, 2023 |
| Class Certification Reply | February 10, 2023 |
| Opening Expert Reports | March 1, 2023 |
| Rebuttal Reports | March 31, 2023 |
| Close of Expert Discovery | May 5, 2023 |

2. On December 8, 2022, the Parties participated in a full day, in-person mediation, which was facilitated by Michael D. Young, Esq. of JAMS ADR in New York, NY. The Parties did not resolve the matter during the December 8 mediation. However, the Parties continue to engage in good faith in settlement negotiation, aided by Mr. Young.

3. To allow the Parties to continue their efforts to negotiate a settlement and conserve costs for any potential settlement, the Parties hereby request that the above-referenced schedule be modified to allow additional time for the Parties to engage in negotiation.

4. This joint request is not made for the purpose of delay, but rather to allow the Parties to fully dedicate their efforts to attempt to resolve this matter following the December 8, 2022 mediation and accommodate the approaching holiday season.

WHEREFORE, the Parties respectfully request this Honorable Court modify the schedule entered on October 20, 2022 (Dkt. No. 125) as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Motion for Class Certification | December 20, 2022 | January 17, 2023 |
| Opposition to Class Certification | January 20, 2023 | February 17, 2023 |
| Class Certification Reply | February 10, 2023 | March 10, 2023 |
| Opening Expert Reports | March 1, 2023 | March 22, 2023 |
| Rebuttal Reports | March 31, 2023 | April 21, 2023 |
| Close of Expert Discovery | May 5, 2023 | May 26, 2023 |

Dated: December 13, 2022                               Respectfully Submitted,


*/s/ Mary J. Bortscheller*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Michelle C. Yau (admitted pro hac vice)
Mary J. Bortscheller, Illinois Bar: 6304457
Daniel R. Sutter (admitted pro hac vice)
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600
myau@cohenmilstein.com
mbortscheller@cohenmilstein.com
dsutter@cohenmilstein.com

Carol V. Gilden
Illinois Bar: 6185530
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370 / Fax: (312) 357-0369
cgilden@cohenmilstein.com

**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
Nina Wasow (admitted pro hac vice)
Dan Feinberg (admitted pro hac vice)
2030 Addison Street ● Suite 500
Berkeley, CA 94704
Tel: (510) 269-7998

*/s/ Mark A. Nebrig*
**MOORE & VAN ALLEN PLLC**
Mark A. Nebrig (admitted pro hac vice)
Joseph Piligian (admitted pro hac vice)
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28205
Telephone: (704) 331-3602
Facsimile: (704) 339-5974
marknebrig@mvalaw.com
joepiligian@mvalaw.com

**SCHOENBERG, FINKEL, NEWMAN & ROSENBERG LLC**
Adam J. Glazer (Bar No. 6199294)
Norman T. Finkel (Bar No. 6183246)
William R. Klein (Bar No. 6185715)
222 South Riverside Plaza, Suite 2100
Chicago, IL 60606
Telephone: (312) 648-2300
adam.glazer@sfnr.com
norm.finkel@sfnr.com
bill.klein@sfnr.com

*Attorneys for Defendant GreatBanc Trust Company*

*/s/ Matthew D. Grabell*
**FORDHARRISON, LLP**
Matthew D. Grabell (Illinois Bar: 6312929)
271 – 17th Street, NW, Suite 1900
Atlanta, GA 30363
mgrabell@fordharrison.com
Telephone: (404) 888-3820

Benjamin P. Fryer (admitted pro hac vice)
6000 Fairview Road, Suite 1200
Charlotte, NC 28210
bfryer@fordharrison.com
Telephone: (980) 282-1900
Facsimile: (980) 282-1949

*Attorneys for Triad Defendants*