IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| James Smith and Jerry Honse, on behalf of themselves and all others similarly situated, and on behalf of the Triad Manufacturing, Inc. Employee Stock Ownership Plan,<br><br>    Plaintiffs,<br>v.<br><br>GreatBanc Trust Company, the Board of Directors of Triad Manufacturing, Inc., David Caito, Robert Hardie, Michael McCormick, Elizabeth J. McCormick, Elizabeth J. McCormick Second Amended and Restated Revocable Living Trust, Michael K. McCormick Second Amended and Restated Revocable Living Trust, David M. Caito Revocable Trust, and First Amended and Restated Robert Hardie Revocable Trust,<br><br>    Defendants. | Civil Action No.: 1:20-cv-02350<br><br>JUDGE RONALD A. GUZMAN<br><br>MAGISTRATE JUDGE YOUNG B. KIM |

**JOINT MOTION FOR EXTENSION OF MOTION HEARING
AND REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY**

NOW COMES, the Plaintiffs James Smith and Jerry Honse ("Plaintiffs"), the Defendant GreatBanc Trust Company ("GreatBanc"), and the Board of Directors of Triad Manufacturing, Inc., David Caito, Robert Hardie, Michael McCormick, Elizabeth J. McCormick, Elizabeth J. McCormick Second Amended and Restated Revocable Living Trust, Michael K. McCormick Second Amended and Restated Revocable Living Trust, David M. Caito Revocable Trust, and First Amended and Restated Robert Hardie Revocable Trust ("Triad Defendants") (collectively the "Parties"), by and through their respective undersigned counsels, and hereby request this Honorable Court extend the date for the Motion Hearing set for January 26, 2023 (Dkt. No. 131)

to a date to be set by this Honorable Court the week of February 13, 2023 and for leave to appear telephonically at the hearing, and in support thereof, state as follows:

1. On January 17, 2023, the Plaintiffs filed their Unopposed Motion for Class Certification. (Dkt. No. 128).

2. On January 19, 2023, this Honorable Court set a Motion hearing on the Motion for Class Certification for January 26, 2023. (Dkt. No. 131).

3. Counsel for the Triad Defendants currently have an all-day mediation and a hearing in other matters scheduled for January 26, 2023.

4. As a result, the Parties have convened and agreed to extend the date for the Motion hearing from January 26, 2023 to a later date, subject to this Honorable Court's approval.

5. The Parties have all confirmed availability any day the week of February 13, 2023.

6. Moreover, the Parties are still engaged in settlement negotiations, and it is possible a settlement is reached in principal before the date of the Motion hearing.

7. As a result, the Parties respectfully request this Honorable Court extend the date for the Motion hearing from January 26, 2023 to a date to be decided by the Court the week of February 13, 2023.

8. In addition, in the event the Parties have not reached a settlement by the time of the Motion hearing and the Motion hearing is necessary, the Parties request this Honorable Court grant them leave to appear telephonically.

**WHEREFORE**, the Parties respectfully request this Honorable Court:

1. Extend the date for the Motion hearing from January 26, 2023 to a date to be chosen by the Court the week of February 13, 2023; and

2. Grant leave for counsel for the Parties to appear telephonically at the Motion hearing.

Respectfully submitted this 20th day of January, 2023.

*/s/ Mary J. Bortscheller*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Michelle C. Yau (admitted pro hac vice)
Mary J. Bortscheller, Illinois Bar: 6304457
Daniel R. Sutter (admitted pro hac vice)
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600
myau@cohenmilstein.com
mbortscheller@cohenmilstein.com
dsutter@cohenmilstein.com

Carol V. Gilden
Illinois Bar: 6185530
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370 / Fax: (312) 357-0369
cgilden@cohenmilstein.com

**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
Nina Wasow (admitted pro hac vice)
Dan Feinberg (admitted pro hac vice)
2030 Addison Street ● Suite 500
Berkeley, CA 94704
Tel: (510) 269-7998

*Attorneys for Plaintiff*

*/s/ Mark A. Nebrig*
**MOORE & VAN ALLEN PLLC**
Mark A. Nebrig (admitted pro hac vice)
Joseph Piligian (admitted pro hac vice)
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28205
Telephone: (704) 331-3602
Facsimile: (704) 339-5974
marknebrig@mvalaw.com
joepiligian@mvalaw.com

**SCHOENBERG, FINKEL, NEWMAN & ROSENBERG LLC**
Adam J. Glazer (Bar No. 6199294)
Norman T. Finkel (Bar No. 6183246)
William R. Klein (Bar No. 6185715)
222 South Riverside Plaza, Suite 2100
Chicago, IL 60606
Telephone: (312) 648-2300
adam.glazer@sfnr.com
norm.finkel@sfnr.com
bill.klein@sfnr.com

*Attorneys for Defendant GreatBanc Trust Company*

*/s/ Matthew D. Grabell*
**FORDHARRISON, LLP**
Matthew D. Grabell (Illinois Bar: 6312929)
271 – 17th Street, NW, Suite 1900
Atlanta, GA 30363
mgrabell@fordharrison.com
Telephone: (404) 888-3820

Benjamin P. Fryer (admitted pro hac vice)
6000 Fairview Road, Suite 1200
Charlotte, NC 28210
bfryer@fordharrison.com
Telephone: (980) 282-1900
Facsimile: (980) 282-1949

*Attorneys for Triad Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date, January 20, 2023, he served a copy of the ***Joint Motion For Extension of Motion Hearing and Request For Leave to Appear Telephonically*** on all parties via electronic service through the CM/ECF filing system.

/s/ Matthew D. Grabell
One of the Triad Defendants' Attorneys