# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

James Smith, et al.

                         Plaintiff,

v.                                               Case No.: 1:20−cv−02350
                                                      Honorable Franklin U. Valderrama

Greatbanc Trust Company, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 22, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: Final approval hearing held on 08/22/2023. Counsel for the parties appeared in person. For the reasons stated in open court, the Court grants Plaintiffs' Unopposed Motion and Incorporated Memorandum of Law for Final Approval of Settlement [157] and Plaintiffs' Unopposed Motion and Incorporated Memorandum of Law for Attorneys' Fees and Expense Reimbursement, Settlement Administration Expenses, and Service Awards [158]. As discussed on the record in open Court, the parties shall email the courtroom deputy a revised final approval order formatted as a word document by 08/23/2023. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.